IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| | ) |
| **BLOOMBERG L.P.,** | ) |
| 731 Lexington Ave | ) |
| New York, NY 10022 | ) |
| | ) |
| **Plaintiffs**, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| 950 Pennsylvania Ave NW | ) |
| Washington, D.C. 20530 | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

1. Plaintiffs JASON LEOPOLD and BLOOMBERG L.P. bring this suit to force Defendant U.S. DEPARTMENT OF JUSTICE to produce records from the investigation into President Biden's handling of classified records. In recognition of the urgency to inform the public of this material, DOJ granted expedited processing but has failed to produce the records as soon as practicable, as required by law.

## PARTIES

2. Plaintiff JASON LEOPOLD is an investigative reporter at Bloomberg News and is one of the FOIA requesters in this case.

3. Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories a day, producing context that is featured across multiple platforms, including digital, TV, radio,

streaming video, print, and live events. BLOOMBERG L.P. is one of the FOIA requesters in this case.

4. Defendant U.S. DEPARTMENT OF JUSTICE is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## FEBRUARY 8, 2024 FOIA REQUEST TO DOJ

7. On February 8, 2024, Plaintiffs submitted the following FOIA request to DOJ for records from the Special Counsel's investigation into President Biden's handling of classified records:

> A copy of the interview transcripts documenting the interview Special Counsel Robert Hur or his investigators conducted with President Joe Biden during their investigation into President Biden's handling of classified records found at his think tank and residence.

8. A true and correct copy of the FOIA request, along with subsequent correspondence, is attached as Exhibit 1.

9. On February 13, 2024, DOJ assigned reference number FOIA-2024-01084 to the matter and granted Plaintiffs' request for expedited processing. *Id*.

10. DOJ did not send any further correspondence to Plaintiffs regarding this request.

11. When an agency grants expedited processing of a request, FOIA requires that the agency processes the request as soon as practicable.

12. The requested transcripts comprise interviews totaling approximately five hours.

13. It was practicable for DOJ to process the request by the date of this filing.

14. As of the date of this filing, DOJ has not produced any records responsive to Plaintiffs' request.

15. There is an urgency to inform the public regarding the Biden Special Counsel interviews and to release the transcripts of those interviews as soon as practicable.

16. President Biden, Vice President Harris, and others have criticized the accuracy and relevancy of aspects of the Special Counsel's report, especially portions discussing President Biden's memory.

17. The requested records would assist the public in understanding whether the Special Counsel's report is accurate.

### COUNT I – DOJ'S FOIA VIOLATION
### FEBRUARY 8, 2024 FOIA REQUEST

18. The above paragraphs are incorporated by reference.

19. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

20. Plaintiffs' FOIA request is subject to FOIA's expedited processing provisions.

21. Defendant DOJ is a federal agency subject to FOIA.

22. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

23. Defendant DOJ has failed to issue a determination within the statutory deadline.

24. Defendant DOJ has failed to produce all non-exempt records responsive to the request as soon as practicable.

**WHEREFORE**, Plaintiffs ask the Court to:

    i. declare that Defendant has violated FOIA;

    ii. order Defendant to produce the requested records as soon as practicable;

    iii. enjoin Defendant from withholding non-exempt public records under FOIA;

- 4 -

    iv.    award Plaintiffs attorneys' fees and costs; and

    v.    award such other relief the Court considers appropriate.

Dated: February 26, 2024

                                         RESPECTFULLY SUBMITTED,

                                         */s/ Matthew V. Topic*

                                         Attorneys for Plaintiffs
                                         JASON LEOPOLD,
                                         BLOOMBERG L.P.

                                         Matthew Topic, D.C. Bar No. IL0037
                                         Stephen Stich Match, D.C. Bar No. MA0044
                                         Merrick Wayne, D.C. Bar No. IL0058
                                         LOEVY & LOEVY
                                         311 North Aberdeen, 3rd Floor
                                         Chicago, IL 60607
                                         312-243-5900
                                         foia@loevy.com